

**MEMO ENDORSED**

# MSF
## Meister Seelig & Fein PLLC

*Jason I. Ser*
*Partner*
Direct (646) 539-3712
Fax (212) 655-3535
jis@msf-law.com

September 19, 2024

**BY ECF**

The Honorable Nelson S. Román
United States District Court Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re: *United States v. James Bowers, Jr.*, 24cr439-NSR

Dear Judge Román:

I am writing regarding the above captioned matter to request an adjournment of the status conference scheduled for September 19, 2024, at 2:15 p.m., to October 17, 2024, at 11:00 a.m. The parties continue to negotiate a disposition and require additional time to complete this process.

I have conferred with counsel for the government, Marcia Cohen, who consents to this request.

Respectfully submitted,

_____/S/JIS_____
Jason I. Ser
Meister Seelig & Fein PLLC
125 Park Avenue, Suite 700
New York, New York 10017
*Counsel for Defendant Frank Barone*

cc: Counsel of record (via email)

---

**Deft's request to adjourn the Status Conf. from Sept. 19, 2024 to Oct. 17, 2024 at 11:00 am is GRANTED with the Govt's consent. Clerk of Court is requested to terminate the motion at ECF No. 51.**
**Dated: September 20, 2024**
**White Plains, NY**

SO ORDERED:

*[signature]*
HON. NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE

---

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __9/20/2024__