UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-against-

JAMES BOWERS, JR.,

Defendant.

24 CR 439-01 (NSR)

RESCHEDULING ORDER

NELSON S. ROMÁN, U.S.D.J.:

The District Court for the Southern District of New York will observe a holiday on Thursday, January 9, 2025, in observance of a National Day of Mourning to honor the memory of James Earl Carter, Jr., the thirty-ninth President of the United States. Therefore, **the Status Conference scheduled for January 9, 2025 is rescheduled to January 16, 2024 at 11:00 am, without objection by all parties, in Courtroom 218**.

SO ORDERED.

Dated:    January 8, 2025
         White Plains, New York

NELSON S. ROMÁN
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___1/08/2025___