UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| -against- | 24 CR 439-01 (NSR) |
| JAMES BOWERS, JR., | RESCHEDULING ORDER |
| Defendant. | |

NELSON S. ROMÁN, U.S.D.J.:

**Due to a Court scheduling conflict, the IN-PERSON Status Conference is rescheduled from January 16, 2025 until January 28, 2025 at 12:00 noon, without objection by the parties, in Courtroom 218**.

Dated:  January 15, 2025
        White Plains, New York

SO ORDERED.

_____
NELSON S. ROMÁN
United States District Judge



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/15/2025