**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------X

UNITED STATES OF  AMERICA

        -against-

JAMES BOWERS, JR.,

                         Defendant.

------------------------------------------------------------------------X

                          **ORDER**

                          24 Cr.439-01 (NSR)

**NELSON S. ROMÁN, U.S. District Judge:**

The attorney _____Jason Ser_____ privately retained to represent defendant is hereby ordered
                      Attorney's  Name

relieved and the representation of the defendant in the above captioned matter is assigned to

_____Margaret Shalley_____, CJA counsel.  Defendant James Bowers Jr. will reimburse the
             Attorney's  Name

CJA Office for any expert services, including investigators, deemed necessary.

                               **SO ORDERED.**

Dated:  White Plains, New York
         March 10, 2025

                              _____
                              NELSON S. ROMÁN,
                              UNITED STATES DISTRICT JUDGE



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/10/2025