**MEMO ENDORSED**

# MARGARET M. SHALLEY, ESQ.
MARGARET M. SHALLEY & ASSOCIATES, LLC
225 Broadway, Suite 715
New York, NY 10007
917-841-0231 (Phone)
212-566-8165 (Fax)
margaretshalley@aol.com

May 5, 2025

**VIA ECF & EMAIL**
The Honorable Nelson S. Roman
United States District Court Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re: *United States v. James Bowers, Jr*,
24 CR 439 (NSR)

Dear Judge Roman:

I represent James Bowers, Jr., the defendant in the above-referenced matter. Mr. Bowers was released on a personal appearance bond secured by Mr. Bowers' signature and the signature of two financially responsible adults, along with home detention and electronic monitoring. The purpose of this letter is to respectfully request a modification of the bond conditions. Specifically, it is requested that he be permitted to attend Mother's Day festivities on May 11, 2025, with his family at his brother's home in Fishkill, New York from 12:00 p.m. to 9:00 p.m. Mr. Bowers's brother is a surety on the bond in this case. Mr. Bowers' mother will also be present and is the other surety on the bond. Pretrial Services consents to this request and the Government has no objection if Pretrial Services is amenable to the request. If approved, Mr. Bowers will provide Pretrial Services with his brother's address.

The Court's time and consideration of this matter are greatly appreciated.

Respectfully submitted,

/ s /

Margaret M. Shalley

cc: AUSA Marcia Cohen
(*via ECF & Email*)

**Deft's request for a temporary bond modification as outlined herein is GRANTED with Pretrial Services' consent and without objection by the Gov't. Deft. is directed to provide all details to the Pretrial Officer. Clerk of Court is requested to terminate the motion at ECF No. 64.**

Dated: White Plains, NY
May 6, 2025

SO ORDERED:

HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/06/2025