UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------x

UNITED STATES OF AMERICA

          -against-

JAMES BOWERS, JR.,

                Defendant.

------------------------------------------------------x

**ORDER**

24 Cr. 439-01 (NSR)

**NELSON S. ROMÁN, U.S.D.J.:**

The C.J.A. attorney assigned to this case ____Margaret Shalley____ is hereby ordered substituted
                                                          Attorney's Name

and the representation of the defendant in the above captioned matter is assigned to C.J.A. attorney

____Howard Tanner____ effective September 3, 2024. Defendant James Bowers Jr. will reimburse the
       Attorney's Name

C.J.A. Office for any expert services, including investigators, deemed necessary.

SO ORDERED.

Dated: White Plains, New York
         September 4, 2025

_____
NELSON S. ROMÁN,
UNITED STATES DISTRICT JUDGE


USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/04/2025