**MEMO ENDORSED**

**TANNER & ORTEGA, L.L.P.**
ATTORNEYS AT LAW
WWW.TANNERORTEGA.COM

HOWARD E. TANNER*
HUGO G. ORTEGA
*MEMBER OF N.Y., N.J. AND D.C. BAR

**NEW YORK CITY OFFICE**
299 BROADWAY
SUITE 1700
NEW YORK, NY 10007
OFFICE: (212) 962-1333
FAX: (212) 962-1778

**WHITE PLAINS OFFICE**
170 HAMILTON AVENUE
SUITE 300
WHITE PLAINS, NY 10601
OFFICE: (914) 358-5998
FAX: (212) 962-1778

October 22, 2025

Honorable Nelson S. Roman
United States District Judge
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

                Re:    *USA v. James Bowers, Jr.*, 24 Cr. 439 (NSR)
                      Letter Motion to Adjourn Status Conference

Dear Judge Roman:

      I am appointed to represent the above defendant pursuant to CJA. This matter is scheduled for a status conference on October 24, 2025 at 3:15 pm. I am still in the process of reviewing the voluminous discovery, a sizable portion of which is only viewable by counsel at the U.S. Attorney's Office. I have an appointment next week to do so. Finally, a scheduling conflict has come up for AUSA Cohen so it would be difficult for her to appear.

      Due to the foregoing, the parties jointly request an adjournment of 6-8 weeks to a date during the weeks of December 8th or the 15th, if that would be convenient to the Court. I consent to the waiver of speedy trial time until the next status conference date.

      Thank you, Your Honor for your consideration of this matter.

                              Very truly yours,

                              Tanner & Ortega, L.L.P.

                              Howard E. Tanner, Esq.

cc:    AUSA Marcia Cohen (By ECF and Email/PDF)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/22/2025

**The parties' joint request to adjourn the Status Conf. from Oct. 24, 2025 to Dec. 17, 2025 at 11:00 am is GRANTED. Clerk of Court is requested to terminate the motion at ECF No. 74.**
**Dated: White Plains, NY**
**October 22, 2025**

SO ORDERED:

HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE