**TANNER & ORTEGA, L.L.P.**
ATTORNEYS AT LAW
WWW.TANNERORTEGA.COM

HOWARD E. TANNER*
HUGO G. ORTEGA
*MEMBER OF N.Y., N.J. AND D.C. BAR

**NEW YORK CITY OFFICE**
299 BROADWAY
SUITE 1700
NEW YORK, NY 10007
OFFICE: (212) 962-1333
FAX: (212) 962-1778

**WHITE PLAINS OFFICE**
170 HAMILTON AVENUE
SUITE 300
WHITE PLAINS, NY 10601
OFFICE: (914) 358-5998
FAX: (212) 962-1778

January 21, 2026

Honorable Nelson S. Roman
United States District Judge
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

     Re: *USA v. James Bowers*, Jr., 24 Cr. 439 (NSR)
       Letter Motion to Adjourn Status Conference

Dear Judge Roman:

  I am appointed to represent the above defendant pursuant to CJA. This matter is scheduled for a status conference on January 29, 2026 at 11:00 am. The parties are engaged in ongoing plea negotiations and we had a lengthy conference yesterday. While I am cautiously optimistic of a pretrial resolution of the case, I was informed during the aforementioned conference of new evidence that affects that decision. I will need to schedule a meeting with my client regarding this matter, including but not limited to the potential impact on the Guidelines range, but due to my hearing and trial schedule, I will be unable to do so prior to the next status conference date. I therefore write to the Court to request an adjournment of the conference

  It is my understanding that February 25, 2026 at 11:00 am would be a convenient date and time for the Court as well as for the parties. The Government has no objection to this application. If granted, I consent to the waiver of speedy trial time until the next status conference date.

  Thank you, Your Honor for your consideration of this matter.

            Very truly yours,

            Tanner & Ortega, L.L.P.

            Howard E. Tanner, Esq.

cc: AUSA Marcia Cohen (By ECF and Email/PDF)