**MEMO ENDORSED**

## TANNER & ORTEGA, L.L.P.
ATTORNEYS AT LAW
WWW.TANNERORTEGA.COM

HOWARD E. TANNER*
HUGO G. ORTEGA
*MEMBER OF N.Y., N.J. AND D.C. BAR

| **NEW YORK CITY OFFICE** | **WHITE PLAINS OFFICE** |
|---|---|
| 299 BROADWAY | 170 HAMILTON AVENUE |
| SUITE 1700 | SUITE 300 |
| NEW YORK, NY 10007 | WHITE PLAINS, NY 10601 |
| OFFICE: (212) 962-1333 | OFFICE: (914) 358-5998 |
| FAX: (212) 962-1778 | FAX: (212) 962-1778 |

January 21, 2026

Honorable Nelson S. Roman
United States District Judge
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

**Deft's request to adjourn the Status Conf. from Jan. 29, 2026 to Feb. 25, 2026 at 11:00 am is GRANTED with the Govt's consent. Clerk of Court is requested to terminate the motion at ECF No. 78.**
**Dated: White Plains, NY**
**January 21, 2026**

SO ORDERED:

HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE

Re:    *USA v. James Bowers*, Jr., 24 Cr. 439 (NSR)
        Letter Motion to Adjourn Status Conference

Dear Judge Roman:

I am appointed to represent the above defendant pursuant to CJA. This matter is scheduled for a status conference on January 29, 2026 at 11:00 am. The parties are engaged in ongoing plea negotiations and we had a lengthy conference yesterday. While I am cautiously optimistic of a pretrial resolution of the case, I was informed during the aforementioned conference of new evidence that affects that decision. I will need to schedule a meeting with my client regarding this matter, including but not limited to the potential impact on the Guidelines range, but due to my hearing and trial schedule, I will be unable to do so prior to the next status conference date. I therefore write to the Court to request an adjournment of the conference

It is my understanding that February 25, 2026 at 11:00 am would be a convenient date and time for the Court as well as for the parties. The Government has no objection to this application. If granted, I consent to the waiver of speedy trial time until the next status conference date.

Thank you, Your Honor for your consideration of this matter.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __1/21/2026__

Very truly yours,

Tanner & Ortega, L.L.P.

Howard E. Tanner, Esq.

cc:    AUSA Marcia Cohen (By ECF and Email/PDF)